No. 312. GULF OIL CORP. *v.* INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL No. 715, AFL-CIO. C. A. 5th Cir. Certiorari denied. *David W. Stephens* and *David T. Searls* for petitioner.

No. 317. BROCKI *v.* AMERICAN EXPRESS CO. ET AL. C. A. 6th Cir. Certiorari denied. *Harold Helper* and *Max M. Marston* for petitioner. *Robert E. McKean* for respondents.

No. 318. WICHITA TELEVISION CORP., INC., DOING BUSINESS AS KARD-TV, *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 10th Cir. Certiorari denied. *Bennett Boskey* and *Daniel M. Moyer* for petitioner. *Solicitor General Rankin, Stuart Rothman, Dominick L. Manoli, Norton J. Come, Duane B. Beeson* and *Standau E. Weinbrecht* for respondent.

No. 319. CHARLES *v.* SIMMONS ET AL. Supreme Court of Georgia. Certiorari denied. *Charles W. Anderson* for petitioner. *Paul Webb, Jr.* for respondents.

No. 323. GUTERMA *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. *Richard H. Wels* for petitioner. *Solicitor General Rankin, Assistant Attorney General Wilkey* and *Beatrice Rosenberg* for the United States.

No. 325. FRIEDLANDER ET AL. *v.* CHICAGO BAR ASSOCIATION ET AL. Supreme Court of Illinois. Certiorari denied. *Robert J. Nolan* for petitioners. *John Lightenberg* for respondents.